MDL 1878

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 8 2008

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: INTERNAL REVENUE SERVICE § 1031 TAX
DEFERRED EXCHANGE LITIGATION

Cerdoc LP v. Qualified Exchange Services, Inc., et al., )
C.D. California, Bky. Advy. No. 9:08-1014 )

MDL No. 1878

## CONDITIONAL TRANSFER ORDER (CTO-1)

On October 18, 2007, the Panel transferred one civil action to the United States District Court for the District of Nevada for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 528 F.Supp.2d 1343 (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Robert Clive Jones.

It appears that the action on this conditional transfer order involves questions of fact that are common to the action previously transferred to the District of Nevada and assigned to Judge Jones.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Nevada for the reasons stated in the order of October 18, 2007, and, with the consent of that court, assigned to the Honorable Robert Clive Jones.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Nevada. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

PLEADING NO. 24

OFFICIAL FILE COPY   IMAGED MAY 8 2008